JOSHUA MESA
421 A Taigigao Rd.
Agana Heights
Guam 96910

FILED
DISTRICT COURT OF GUAM
JUL 06 2018 
JEANNE G. QUINATA
CLERK OF COURT

mesa court

at

'DISTRICT COURT OF GUAM'

Civil Case No. 18-00024

| | | |
|---|---|---|
| i, man; <br> Prosecutor | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | nature of case: claim <br><br> claim: trespass <br><br> (verified) |
| Shawn Anderson; <br> Wrongdoer(s) | | |

---

### i, man, require: a common law "court of record"

**Claim: trespass**

i, man, claim:

- Shawn Anderson herein referred to as wrongdoer, trespass my property;

- Wrongdoer did and continues to cause i, man, harm and loss;

- i, man, require compensation for all harm and loss;

i, say here, and will verify, before open court that all herein be true

6/30/18

ORIGINAL